1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

ALEXANDER MUN, *et al.*,

        Plaintiffs,

   v.

FIRST FINANCIAL INSURANCE CO., *et al.*,

        Defendants.

Case No.  C05-2098RSL

ORDER REGARDING MOTION
FOR RECONSIDERATION

16

17

18

19

20

21

22

     This matter comes before the Court on plaintiffs' motion for reconsideration of the Court's December 20, 2006 order holding that plaintiffs were not the real parties in interest and granting defendant's motion for summary judgment.  Now that summary judgment has been granted and the case closed, plaintiffs seek leave to join American States Insurance Company ("ASIC").  Although the Court is not inclined to grant the motion, it is willing to consider whether defendant would prefer joinder to facing a potential second lawsuit by ASIC.

23

24

     Accordingly, defendant may file a response to the motion for reconsideration, not to exceed six pages, no later than Friday, January 19, 2007.  The Clerk of the Court is directed to

25

26

27

28

ORDER REGARDING MOTION
FOR RECONSIDERATION - 1

1   renote plaintiffs' motion for reconsideration (Dkt. #40) on the Court's calendar for January 19,

2   2007.

3

4          DATED this 10th day of January, 2007.

5

6

7                                          Robert S. Lasnik
                                           United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER REGARDING MOTION
     FOR RECONSIDERATION - 2