UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN STATES INSURANCE CO,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE CO,<br><br>Defendant. | Case No. C05-2098RSL<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against PLAINTIFF AMERICAN STATES INSURANCE CO. and on behalf of DEFENDANT FIRST FINANCIAL INSURANCE CO. in the unopposed amount of $7,035.09.

Entered this ___2nd___ day of FEBRUARY , 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1